| | | |
|---|---|---|
| S.Q., *a minor, by her Mother and Next Friend,* **BRITTANY GREEN** | * | IN THE |
| | * | UNITED STATES DISTRICT COURT |
| **Plaintiff** | * | FOR THE |
| v. | * | DISTRICT OF MARYLAND |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION** | * | |
| | * | Civil Action No. _____ |
| **Defendant** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

### TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

Defendant Federal National Mortgage Association, by and through its counsel, Jessica P. Butkera and Cipriani & Werner, P.C., hereby files this Notice of Removal and states:

1. A Complaint was filed against Defendants Federal National Mortgage Association and Shelly Lightner in the Circuit Court for Baltimore City in the matter of *S.Q., a minor, by her Mother and Next Friend, Brittany Green v. Federal National Mortgage Association, et al.*, Case No.: C-24-CV-25-005549, a copy of which is attached hereto as Exhibit A.

2. Defendant Federal National Mortgage Association filed an Answer, a copy which is attached hereto as Exhibit B.

3. On December 5, 2025, Plaintiff dismissed Defendant Shelly Lightner from the matter, a copy which is attached hereto as Exhibit C.

4. The above-described action is a civil action in the State of Maryland.

5. Plaintiff is a resident of the State of Maryland.

6. Defendant Federal National Mortgage Association is a resident of the State of Texas.

7. This Court has original jurisdiction under Title 28, United States Code, §1332, and this action is one which may be removed to this Court pursuant to the provisions of Title 28, United Code, §1441, in that it is a civil action in which the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost and is between citizens of different States.

Respectfully submitted,

*/s/ Jessica P. Butkera*
Jessica P. Butkera (Federal Bar No.: 29875)
Cipriani & Werner, P.C.
6411 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
410-420-0700
jbutkera@c-wlaw.com
*Attorneys for Defendant Federal National Mortgage Association*

**I HEREBY SOLEMNLY DECLARE AND AFFIRM** under the penalties of perjury that the facts herein states are true and correct to the best of my knowledge, information and belief.

                                              */s/ Jessica P. Butkera*
                                              Jessica P. Butkera (Federal Bar No.: 29875)

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2026, a copy of the foregoing was filed and served by electronic submissions via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, and was mailed first-class, postage prepaid, to:

Brian S. Brown, Esquire
Tess E. Russell, Esquire
7 St. Paul Street, Suite 800
Baltimore, Maryland 21202
bbrown@brownbarron.com
trussell@brownbarron.com
*Attorneys for Plaintiff*

                                              */s/ Jessica P. Butkera*
                                              Jessica P. Butkera (Federal Bar No.: 29875)